21648 PA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TOMAS CRUZ,

                  Plaintiff,

-against-

JOHN SORRENTINO,

                  Defendant.
----------------------------------------------------------------X

Docket No. 07 CIV. 3338 (**DLC**)

**STIPULATION OF DISCONTINUANCE**

Assigned to:
**Denise Cote, U.S.D.J.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter that the above action shall be discontinued with prejudice and without costs to either party as against the other; and

IT IS FURTHER STIPULATED AND AGREED that the parties shall submit their claims to binding arbitration; and that an order to this effect may be entered without further notice. *This case is dismissed and the Clerk of Court shall close the case.*

Dated: Yonkers, New York
May 24, 2007

**STILLMAN & STILLMAN, P.C.**

By: _____
         (           )
Attorneys for TOMAS CRUZ
2622 East Tremont Avenue
Bronx, New York 10461
(718) 828-1400

**BURATTI, KAPLAN, McCARTHY & McCARTHY**

By: _____
   PHILIP M. AGLIETTI (PMA7801)
Attorneys for JOHN SORRENTINO
One Executive Boulevard, Suite 280
Yonkers, New York 10701
(914) 378-3900
Our File No.: 21648

**SO ORDERED:**

_____
**DENISE COTE, U.S.D.J.**
Dated: June 27, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07